UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALLISON M. CAMACHO,<br><br>                    Plaintiff,<br><br>     v.<br><br>CAROLINE W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>                    Defendant. | Case No.  13-CV-6083 BJR-KLS<br><br>REPORT AND RECOMMENDATION |

This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976).  This matter is before the Court on the stipulated motion for remand. (ECF 18).  After reviewing the parties' stipulated motion and the remaining record, the undersigned recommends that the Court grant the parties' motion, and remand this matter to the Commissioner for further proceedings.

This Court recommends that on remand, the Administrative Law Judge (ALJ) will further evaluate Plaintiff's mental impairments and reassess Plaintiff's maximum residual functional capacity; in doing so, the ALJ will further evaluate the medical and other opinions of record, including but not limited to the opinions of Rebekah Cline, Ph.D., and James Bailey, Ph.D.  The ALJ will further evaluate whether Plaintiff can perform past relevant work and, with the assistance of a vocational expert, further evaluate whether Plaintiff can perform other work existing in significant numbers in the national economy.

REPORT AND RECOMMENDATION - 1

This case is reversed and remanded on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

Given the fact of the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED.** A proposed order accompanies this Report and Recommendation.

DATED this 1st day of July, 2014.

Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2